

HOROWITZ
TECH LAW P.C.

JOSHUA J. HOROWITZ, ESQ.
Tel.: 212.203.9011
joshua.horowitz@techlawny.com

ADMITTED TO NY, NJ & CA BARS

# MEMO ENDORSED

August 16, 2023

**VIA ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
Courtroom Room 21B
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8-21-2023__

Granted.
SO ORDERED.
/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Court Judge
Dated: August 21, 2023

Re:   *United States v. Jose Alfredo Aguas Oviedo,*
Criminal Docket No.: 21-Cr-359 (LAK)

Dear Judge Kaplan:

    I represent Jose Alfredo Aguas Oviedo, ("Mr. Oviedo") in the above matter.  I write to respectfully request the Court's permission to file certain portions of Mr. Oviedo's pretrial motions under seal.

    In its Rule 16 materials, the government inadvertently disclosed to defense counsel a document revealing the identity of a confidential source involved in its investigation of this matter.  A portion of Mr. Oviedo's pre-trial motions rely upon information learned through the government's disclosure.

    Out of an abundance of caution, I have redacted from the ECF-filed version of Mr. Oviedo's motions any information that could potentially reveal the identity of the government's confidential source.[1]  This includes information contained in Mr. Oviedo's memorandum of law in support (Dkt. No. 70), undersigned counsel's declaration (Dkt. No. 71), and Exhibits C, D, E and F thereto.

    Other minor redactions include the Cedula[2] numbers of individuals referred to in the motion papers; the identity of one of the proposed Rule 15 deponents; and certain personal information pertaining to Mr. Oviedo.[3]

---

[1] The information was contained in publicly filed documents available on PACER.
[2] An individual's Cedula number is a national identification number unique to each person.  It is comparable to a social security number.
[3] If the Court requires further information regarding the sealing of this information, I respectfully request the Court's permission to set forth the reasons in a sealed filing.