**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 27, 2024

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:  <u>United States</u> v. <u>Jose Alfredo Aguas Oviedo</u>, S5 21 Cr. 359 (LAK)

Dear Judge Kaplan:

On September 25, 2024, the Court sentenced defendant Jose Alfredo Aguas Oviedo on Superseding Indictment S5 21 Cr. 359 principally to a term of imprisonment of 156 months.  The Government respectfully moves to dismiss all open and underlying counts as to the defendant.

|  |  |
|---|---|
| MEMO ENDORSEMENT.<br><br>Application granted.<br>.<br>So ORDERED: /s/ Hon. Lewis A. Kaplan<br>            United States District Judge<br>Date: 9/27/2024 | Respectfully submitted,<br><br>DAMIAN WILLIAMS<br>United States Attorney<br><br>by: _____<br>Alexander Li / Sarah L. Kushner<br>Assistant United States Attorneys |