

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMO ENDORSED

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

October 28, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/24

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    United States v. Jose Alfredo Aguas Oviedo, S5 21 Cr. 359 (LAK)

Dear Judge Kaplan:

At the September 25, 2024 sentencing of defendant Jose Alfredo Aguas Oviedo, the Court directed the parties to confer and jointly propose redactions to the transcript. The parties have conferred and, for the reasons set forth by the parties and the Court on the record (Tr. 11), jointly propose the Court publicly file the redacted version of the transcript attached as Exhibit A. An unredacted copy of the transcript is attached as Exhibit B. Because the transcript is temporarily sealed pending the Court's review of the proposed redactions, the Government respectfully submits both exhibits under seal.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Alexander Li / Sarah L. Kushner
Assistant United States Attorneys
(212) 637-2265 / -2676

Cc:   Joshua Horowitz, Esq.
      Daniel Parker, Esq.

*Granted. File exhibits restricted to Court and counsel. So ordered for gov't and deft.*

LEWIS A. KAPLAN
11/6/24